CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

PAYPAL, INC.
　　Plaintiff(s)

vs.

Civil Action No. 1:19-cv-03700-RJL

CONSUMER FINANCIAL PROTECTION BUREAU, KATHY KRANINGER
　　Defendant(s)

## AFFIDAVIT OF MAILING

I, Charles J. Gazzola, hereby state that:

On the 13th day of December, 2019, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

> CONSUMER FINANCIAL PROTECTION BUREAU,
> 1700 G Street NW
> Washington, DC 20552,

I have received the receipt for the certified mail, No. 70151660000119530775 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 23 day of December, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

January 8, 2020　　　　　　　　　　　　　　　　　Charles Gazzola
(Date)　　　　　　　　　　　　　　　　　　　　　　(Signature)

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70151660000119530775

Your item was delivered to an individual at the address at 12:33 pm on December 23, 2019 in WASHINGTON, DC 20552.

## ✓ Delivered

December 23, 2019 at 12:33 pm
Delivered, Left with Individual
WASHINGTON, DC 20552

Get Updates ∨

Feedback

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback


