IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAYPAL, INC.

    Plaintiff,

  v.

CONSUMER FINANCIAL PROTECTION BUREAU and KATHY KRANINGER, in her official capacity as Director of the Consumer Financial Protection Bureau,

    Defendants.

Case No. 1:19-CV-03700-RJL

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE AN ANSWER**

Defendants Consumer Financial Protection Bureau and Kathy Kraninger, in her official capacity as the Bureau's Director, move the Court to extend the time for Defendants to answer Plaintiff's complaint (Dkt. No. 1) until 5 business days after the Court rules on the a Joint Motion for Scheduling Order that the parties intend to file today. In support of this motion, Defendants state:

1. Defendants' answer is currently due by February 24, 2020.

2. In a Joint Motion for Scheduling Order that the parties intend to file today, the parties will propose a schedule for briefing cross-motions for summary judgment and request that the Court excuse Defendants from filing an answer to the complaint in this case because this is an action for review on an administrative record.

3. In the event that the Court does not rule on the Joint Motion for Scheduling Order before the February 24, 2020, deadline, Defendants respectfully request that that deadline be extended until 5 business days after the Court rules on the parties' Joint Motion for Scheduling Order. If the Court declines the parties' request to excuse

   Defendants from filing an answer, this extension would give Defendants sufficient time to finalize and file its answer.  If the Court grants the parties' request to excuse Defendants from filing an answer on or before February 24, 2020, this motion for an extension will be moot.

4. No previous extensions have been sought by either party or granted by the Court.

5. Granting this motion will not have any effect on other previously scheduled deadlines, except to the extent that under Local Rule 7(n), Defendants are required to file a certified list of the contents of the administrative record with the Court within 30 days following service of the answer to the complaint.  In their Joint Motion for Scheduling Order, however, the parties will propose that the Court require Defendants to meet this obligation by March 27, 2020.  Granting this extension would not affect that proposed deadline.

6. Counsel for Defendants have conferred with counsel for Plaintiff, who stated that Plaintiff does not oppose this motion.

A proposed Order is attached.

Dated: February 21, 2020

Respectfully submitted,

MARY McLEOD
General Counsel

JOHN R. COLEMAN
Deputy General Counsel

STEVEN Y. BRESSLER
Assistant General Counsel

KRISTIN BATEMAN (Cal. Bar No. 270913)
Senior Counsel

s/ Julia Szybala
JULIA SZYBALA (D.C. Bar No. 1008962)
Senior Counsel

Consumer Financial Protection Bureau
1700 G Street, NW
Legal Division
Washington, D.C. 20552
Telephone: (202) 435-7821
Fax: (202) 435-7024
Kristin.Bateman@cfpb.gov

*Counsel for Defendants Consumer Financial Protection Bureau and Kathy Kraninger*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, a copy of the foregoing motion was filed electronically via the Court's ECF system, which sent notification of the filing to counsel of record.

/s/ Julia Szybala
Julia Szybala
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

PAYPAL, INC.,

        Plaintiff,

  v.

CONSUMER FINANCIAL PROTECTION BUREAU *et al.*,

        Defendants.

Case No. 1:19-CV-03700-RJL

**ORDER**

Pending before the Court is Defendants' Unopposed Motion To Extend Time To File An Answer. After consideration, the motion is GRANTED and IT IS ORDERED that:

- The current February 24, 2020, deadline for filing an answer is vacated;

- Defendants shall file an answer within five business days of the Court's ruling on the parties' Joint Motion for Scheduling Order, provided, however, that no answer will be required if the Court in its ruling on that Joint Motion excuses Defendants from filing an answer.

Dated this _____ day of February 2020.

_____
Richard J. Leon
United States District Judge