# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PAYPAL, INC.

    Plaintiff,

  v.

CONSUMER FINANCIAL PROTECTION BUREAU and KATHY KRANINGER, in her official capacity as Director of the Consumer Financial Protection Bureau,

    Defendants.

Case No. 1:19-CV-03700-RJL

## NOTICE OF FILING OF CERTIFIED LIST OF CONTENTS OF ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n)(1), Defendants the Consumer Financial Protection Bureau and Kathy Kraninger, in her official capacity as Director of the Consumer Financial Protection Bureau, file a certified list of the contents of the administrative record in the above-captioned case. The filing consists of (1) a certification of the record by the Bureau's Deputy Chief of Staff and (2) a list of contents of the administrative record.

Dated: April 1, 2020

Respectfully submitted,

MARY McLEOD
General Counsel

JOHN R. COLEMAN
Deputy General Counsel

STEVEN Y. BRESSLER
Assistant General Counsel

KRISTIN BATEMAN (Cal. Bar No. 270913)
Senior Counsel

/s/ Julia Szybala

JULIA SZYBALA (D.C. Bar No. 1008962)
Senior Counsel

Consumer Financial Protection Bureau 1700 G Street, NW
Legal Division
Washington, D.C. 20552
Telephone: (202) 435-9874
Fax: (202) 435-7024
Julia.Szybala@cfpb.gov

*Counsel for Defendants Consumer Financial Protection Bureau and Kathy Kraninger*