**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PAYPAL, INC.

       Plaintiff,

  v.

CONSUMER FINANCIAL PROTECTION BUREAU and KATHY KRANINGER, in her official capacity as Director of the Consumer Financial Protection Bureau,

       Defendants.

Case No. 1:19-CV-03700-RJL

**CERTIFICATION OF THE LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD**

I, Karla Carnemark, as representative of the Consumer Financial Protection Bureau, do hereby certify that to the best of my knowledge and belief the following is a true and correct list of the contents of the administrative record pertinent to the above captioned case. The record includes the subject Federal Register entries and supporting materials, excluding readily available published materials such as books, statutes, rules, and cases.

Dated: March 31, 2020

*Karla Carnemark*
Karla Carnemark
Deputy Chief of Staff
Consumer Financial Protection Bureau

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2020, a copy of the foregoing motion was filed electronically via the Court's ECF system, which sent notification of the filing to counsel of record.

/s/  Julia Szybala

*Counsel for Defendants*