IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAYPAL, INC., | |
| Plaintiff, | |
| v. | Case No. 1:19-CV-03700-RJL |
| CONSUMER FINANCIAL PROTECTION BUREAU and KATHY KRANINGER, in her official capacity as Director of the Consumer Financial Protection Bureau, | |
| Defendants. | |

### DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants respectfully cross-move for summary judgment on all claims raised in Plaintiff's complaint for the reasons set forth in the accompanying memorandum of points and authorities.

Dated: July 7, 2020

Respectfully submitted,

MARY McLEOD
  *General Counsel*

JOHN R. COLEMAN
  *Deputy General Counsel*

STEVEN Y. BRESSLER
  *Assistant General Counsel*

 /s/ Kristin Bateman
KRISTIN BATEMAN (Cal. Bar No. 270913)
  *Senior Counsel*
JULIA SZYBALA (D.C. Bar No. 1008962)
  *Senior Counsel*
Consumer Financial Protection Bureau

1700 G Street, NW
Legal Division
Washington, D.C. 20552
Telephone: (202) 435-7821
Fax: (202) 435-7024
Kristin.Bateman@cfpb.gov

*Counsel for Defendants Consumer Financial Protection Bureau and Kathy Kraninger*