# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PAYPAL, INC.,

      Plaintiff,

   v.

CONSUMER FINANCIAL PROTECTION BUREAU and KATHY KRANINGER, in her official capacity as Director of the Consumer Financial Protection Bureau,

      Defendants.

Case No. 1:19-CV-03700-RJL

## [PROPOSED] ORDER

Upon consideration of Defendants' cross-motion for summary judgment, it is hereby

ORDERED that the motion is GRANTED;

FURTHER ORDERED that Plaintiff's motion for summary judgment is DENIED; and

FURTHER ORDERED that judgment is entered in favor of Defendants, and against Plaintiff, on all claims raised in Plaintiff's complaint.

SO ORDERED.

Dated: _____

                                              RICHARD J. LEON
                                              United States District Judge

# LOCAL RULE 7(k) LIST OF PERSONS ENTITLED TO BE NOTIFIED OF ENTRY OF ORDER

Pursuant to LCvR 7(k), the following persons are entitled to be notified of entry of the foregoing proposed order:

Daniel Kearney
  daniel.kearney@wilmerhale.com
James David Barton
  James.Barton@wilmerhale.com
Kelly P. Dunbar
  kelly.dunbar@wilmerhale.com
Rebecca M. Lee
  rebecca.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave., NW
Suite 400E
Washington, DC 20006

*Attorneys for Plaintiff*

Kristin Bateman
  kristin.bateman@cfpb.gov
Julia Szybala
  julia.szybala@cfpb.gov
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552

*Attorneys for Defendants*