IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAYPAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> and <br><br> KATHY KRANINGER, in her official capacity as Director, Consumer Financial Protection Bureau, <br><br> *Defendants*. | Civil Action No. 19-3700 (RJL) |

### NOTICE OF WITHDRAWAL OF ATTORNEY DANIEL P. KEARNEY

Daniel P. Kearney respectfully withdraws his appearance for plaintiff PayPal, Inc. in this matter. PayPal will continue to be represented by Kelly P. Dunbar, James D. Barton, and Rebecca Lee, who have entered appearances on its behalf.

Dated: November 30, 2020

Respectfully submitted,

/s/ *Daniel P. Kearney*
Daniel P. Kearney (D.C. Bar No. 977148)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
daniel.kearney@wilmerhale.com

*Counsel for Plaintiff PayPal, Inc.*