UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAYPAL, INC., | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Case No. 19-3700 (RJL) |
| | ) |
| CONSUMER FINANCIAL | ) |
| PROTECTION BUREAU, et al., | ) |
| | ) |
|       **Defendants.** | ) |

**ORDER**

(December 30, 2020) [Dkt. # 19, 20]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for Summary Judgment [Dkt. # 19] is **GRANTED**; it is further

**ORDERED** that defendants' Cross-Motion for Summary Judgment [Dkt. # 20] is **DENIED**; it is further

**ORDERED** that 12 C.F.R. § 1005.18(b) is hereby **VACATED** to the extent the short-form disclosure requirement provides mandatory disclosure clauses; it is further

**ORDERED** that the thirty-day credit linking restriction under 12 C.F.R. § 1026.61(c)(1)(iii) is hereby **VACATED**.

**SO ORDERED.**

*[signature]*

RICHARD J. LEON
United States District Judge