# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5057**                                         **September Term, 2022**
FILED ON: FEBRUARY 3, 2023

PAYPAL, INC.,
            APPELLEE

v.

CONSUMER FINANCIAL PROTECTION BUREAU AND ROHIT CHOPRA, IN HIS OFFICIAL CAPACITY AS DIRECTOR, CONSUMER FINANCIAL PROTECTION BUREAU,
           APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-03700)

Before: SRINIVASAN, *Chief Judge*, PILLARD and RAO, *Circuit Judges*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed and the case be remanded to the District Court for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                                BY:     /s/

                                                        Michael C. McGrail
                                                        Deputy Clerk

Date: February 3, 2023

Opinion for the court filed by Circuit Judge Rao.