UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAYPAL, INC., )
)
        **Plaintiff,** )
)
v. ) Civil Case No. 19-3700 (RJL)
)
CONSUMER FINANCIAL )
PROTECTION BUREAU, et al., )
)
        **Defendants.** )

## MEMORANDUM OPINION
March 28, 2024 [Dkt. ##38, 39]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Amended Memorandum in Support of Defendants' Motion for Summary Judgment [Dkt. #38] is **DENIED**. It is further

**ORDERED** that Plaintiff's Motion for Summary Judgment [Dkt. #39] is **GRANTED**, and judgment is entered in plaintiff's favor; it is further

**ORDERED** that the short-form disclosure requirement of the Consumer Financial Protection Bureau's "Prepaid Accounts Under the Electronic Fund Transfer Act (Regulation E) and the Truth in Lending Act (Regulation Z)" Rule[1] ("Prepaid Rule") as applied to digital wallets is **VACATED**; it is further

---

[1] *See* 81 Fed. Reg. 83934–84387, AR1 240–693 (Nov. 22, 2016) (Final Rule); 82 Fed. Reg. 18975–18981, AR1 698–704 (Apr. 25, 2017) (delaying implementation of the Final Rule by six months); 83 Fed. Reg. 6364–6449, AR1 743–828 (Feb. 13, 2018) (amending the Final Rule and delaying its implementation until April 1, 2019).

**ORDERED** that defendants are **ENJOINED** from enforcing the short-form disclosure requirement of the Prepaid Rule against plaintiff.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge
